# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. J. AKANNO, M.D., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:12-cv-01013-SKO PC<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Gerald Lee Miller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2012. However, Plaintiff neglected to sign his complaint, and unsigned documents cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, Plaintiff's complaint is HEREBY ORDERED STRICKEN from the record, and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

**Dated:**   **June 25, 2012**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE