1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  | GERALD LEE MILLER,

10 |                  Plaintiff,

11 |   v.

12 | DR. J. AKANNO, M.D., et al.,

13 |                 Defendants.

14 | _____/

CASE NO. 1:12-cv-01013-SKO PC

ORDER STRIKING UNSIGNED COMPLAINT
AND REQUIRING PLAINTIFF TO FILE
SIGNED COMPLAINT WITHIN THIRTY
DAYS

(Doc. 1)

15       Plaintiff Gerald Lee Miller, a state prisoner proceeding pro se and in forma pauperis, filed

16  this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2012.  However, Plaintiff neglected

17  to sign his complaint, and unsigned documents cannot be considered by the Court.  Fed. R. Civ. P.

18  11(a); Local Rule 131(b).

19       Accordingly, Plaintiff's complaint is HEREBY ORDERED STRICKEN from the record, and

20  Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order.

21  The failure to comply with this order will result in dismissal of this action, without prejudice.

22

23  IT IS SO ORDERED.

24  **Dated:   June 25, 2012**            _____**/s/ Sheila K. Oberto**_____
                             UNITED STATES MAGISTRATE JUDGE

25
26
27
28