UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. J. AKANNO, M.D., et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | CASE NO. 1:12-cv-01013-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR LEAVE TO AMEND AS MOOT AND DIRECTING CLERK'S OFFICE TO FILE LODGED AMENDED COMPLAINT<br><br>(Docs. 9-11) |

　　　Plaintiff Gerald Lee Miller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2012.  On January 22, 2013, Plaintiff filed a motion seeking leave to amend, accompanied by a proposed amended complaint.

　　　Plaintiff has the right to amend once as a matter of course without leave of court.  Fed. R. Civ. P. 15(a).  Accordingly, Plaintiff's motion seeking leave to amend is HEREBY DENIED as moot, and the Clerk's Office shall file in his proposed amended complaint.  Any future amendments must be accompanied by a motion seeking leave to amend.

IT IS SO ORDERED.

Dated:   **January 23, 2013**　　　　　　　　　　　　／s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1