# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER, JR., | Case No. 1:12-cv-01013-LJO-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED FILINGS |
| v. | (Docs. 50 and 51) |
| DR. J. AKANNO, M.D., | |
| Defendant. | |

Plaintiff Gerald Lee Miller, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2012. On December 4, 2014, Plaintiff filed unsigned objections and a declaration. (Docs. 50, 51.) Unsigned filings cannot be considered by the Court, and Plaintiff's filings are ORDERED STRICKEN from the record for lack of signature. Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated: **December 8, 2014**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE