# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. J. AKANNO, M.D.,<br><br>　　　　Defendant.<br>_____ / | Case No. 1:12-cv-01013-LJO-SKO (PC)<br><br>**ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND ADVANCING JURY TRIAL**<br><br>**Trial Confirmation Hearing:** 07/30/2015, at 8:00 a.m. in Courtroom 4 (LJO)<br><br>**Jury Trial:** 08/19/2015, at 8:30 a.m. in Courtroom 4 (LJO) |

　　　　Plaintiff Gerald Lee Miller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2012. This action for damages is proceeding on Plaintiff's second amended complaint against Defendant J. Akanno, M.D., for violating Plaintiff's right to medical care under the Eighth Amendment of the United States Constitution.

　　　　A telephonic trial confirmation hearing was scheduled for July 23, 2015, at 8:00 a.m., and jury trial is scheduled for August 25, 2015, at 8:30 a.m.

　　　　The Court HEREBY ORDERS as follows:

　　　　1.　　Due to unforeseen difficulties securing Plaintiff's appearance at the telephonic trial confirmation hearing, the hearing is **CONTINUED** to July 30, 2015, at 8:00 a.m.; and

///

///

2. Due to the press of court business, jury trial is **ADVANCED** to August 19, 2015, at 8:30 a.m.

IT IS SO ORDERED.

    Dated:   **July 23, 2015**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE