**FILED**

AUG 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, | Case No. 1:12-cv-01013-LJO-SKO (PC) |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF GERALD L. MILLER, CDCR # C92075, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| DR. J. AKANNO, M.D., | |
| Defendant. | (Doc. 75) |

Jury trial commenced in this action on August 19, 2015. The jury has returned its verdict and judgment was entered.

Accordingly, **Gerald L. Miller, CDCR # C92075**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: August 19, 2015                          _____
                                                                  LAWRENCE J. O'NEILL
                                                                  UNITED STATES DISTRICT JUDGE